## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| PAUL DILLON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause Number: 3:21-CV-194 |
| | ) |
| REPUBLIC PARKING SYSTEM, LLC, | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Paul Dillon ("Plaintiff"), and Defendant, Republic Parking System, LLC ("Defendant"), (collectively, the "Parties"), stipulate and agree that this case shall be dismissed with prejudice, with the Parties to bear their respective fees and costs incurred. This stipulation takes effect upon the date of its filing, and this action is dismissed with prejudice without any further action or order required by the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). For the Court's convenience, a proposed order is filed with this stipulation.

DATE: September 17, 2021                           Respectfully Submitted,

_/s/ Devan A. Dannelly_____                    /s/ *Ryan M. Martin (w/ permission)* _
Devan A. Dannelly                                  Ryan M. Martin
BIESECKER DUTKANYCH & MACER, LLC                   JACKSON LEWIS P.C
101 North 7th Street, Ste. 603                     201 E. Fifth Street, 26 Floor
Louisville, KY 40202                               Cincinnati, OH 45202
Telephone: (502) 561-3484                          Telephone: (513) 898-0050
Facsimile: (812) 424-1005                          Facsimile: (513) 898-0051
Email: ddannelly@bdlegal.com                       Email: ryan.martin@jacksonlewis.com
*Attorney for Plaintiff*                           *Attorney for Defendant*