UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| PAUL DILLON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) Cause Number: 3:21-CV-194 |
| | ) |
| REPUBLIC PARKING SYSTEM, LLC, | ) |
| | ) |
|    Defendant. | ) |

## ORDER OF DISMISSAL

The Court, having considered the *Joint Stipulation of Dismissal with Prejudice* filed by the Parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby **ORDERS** that this action be **DISMISSED WITH PREJUDICE**, with the parties responsible for their own attorneys' fees and costs.

Dated: _____            _____
                                                               JUDGE, U.S. DISTRICT COURT

All counsel of record.